**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-10017/0323020214

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: July 06, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose A. Gutierrez and Sandra Anita Gutierrez<br>    Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee<br>    Movant,<br>  vs.<br><br>Jose A. Gutierrez and Sandra Anita Gutierrez, Debtors, Brian J. Mullen, Trustee.<br><br>    Respondents. | No. 2:09-bk-03984-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #26) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 25, 2004 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee is the current beneficiary and Jose A. Gutierrez and Sandra Anita Gutierrez have an interest in, further described as:

> Lot 257, WESTRIDGE SHADOWS, according to the plat recorded in Book 265 of Maps, page 2, records of Maricopa County, Arizona and Affidavit of Correction recorded in Document No. 1984-484035, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT